IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANDREW JOEY DELGADO,

    Plaintiff,

v.                                No. CV 15-676 WJ/CG

NEW MEXICO DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

## ORDER ADOPTING CHIEF MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Chief Magistrate Judge's *Proposed Findings and Recommended Disposition* (the "PFRD"), (Doc. 98), filed August 29, 2018. In the PFRD, the Chief Magistrate Judge recommended that Plaintiff's *Motion to Suspend Summary Judgment*, (Doc. 79), be denied, Defendants' Martinez *Report and Motion for Summary Judgment*, (Doc. 65), be granted, and Plaintiff's *Prisoner's 1st Amended Civil Rights Complaint*, (Doc. 19), be dismissed with prejudice. (Doc. 98). The parties were notified that written objections to the PFRD were due within fourteen days. *Id.* No objections have been filed and the deadline of September 12, 2018 has passed. The recommendations of the Chief Magistrate Judge are therefore adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Suspend Summary Judgment*, (Doc. 79), is **DENIED**, Defendants' Martinez *Report and Motion for Summary Judgment*, (Doc. 65), is **GRANTED**, and Plaintiff's *Prisoner's 1st Amended Civil Rights Complaint*, (Doc. 19), is **DISMISSED WITH PREJUDICE.**

_____
THE HONORABLE WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE